UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MINNESOTA

Court File No. CV-186 DWF/AFB

John Beatty, Thomas Beatty, William Gleason, Timothy Krieger, and David Pichotta,

Plaintiffs,

vs.

North Central Companies, Inc., a Minnesota corporation, Larry Zilverberg, Scott Moarn, John Does Nos. 1 through 10, and Mary Roes Nos. 1 through 10,

Defendants.

**STIPULATION AND ORDER GRANTING LEAVE TO FILE AND SERVE AN AMENDED COMPLAINT**

The parties to the above-captioned action, acting by and through their respective attorneys, hereby stipulate and agree as follows:

1. Plaintiffs shall be allowed to serve and file an amended complaint substantially in the form of Exhibit A hereto.

2. The amended complaint may be served upon defendants named therein, *to wit*, North Central Companies, Inc., Larry Zilverberg, Scott Moarn, Gregory Zilverberg, Mark Jeffries, and John Bowlsby, by service by mail on their attorney Scott R. Carlson, Esq.

FILED JUN 15 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

3. The caption of this case shall be amended accordingly.

PLAINTIFFS JOHN BEATTY, THOMAS BEATTY, WILLIAM GLEASON, TIMOTHY KREIGER, AND DAVID RICHOTTA

By ______________________
PHILIP W. GETTS, ESQ.
Atty. Reg. No. 34393
LAW OFFICES OF PHILIP W. GETTS
and
MARK J. VIENO, ESQ.
2116 Second Avenue South
Minneapolis, Minnesota 55414
612/874-7071
June 13, 2000

DEFENDANTS NORTH CENTRAL COMPANIES, LARRY ZILVERBERG, SCOTT MOARN, JOHN DOES NOS. 1 - 10, AND MARY ROES NOS. 1 - 10

DUCKSON & CARLSON

By ______________________
SCOTT R. CARLSON, ESQ.
Atty. Reg. No. 192284
2100 Metropolitan Centre
333 South Seventh Street
Minneapolis, Minnesota 55402
612/317-2601
Dated: June 14, 2000

**ORDER**

The foregoing stipulation of the parties granting plaintiffs leave to file and serve an amended complaint is hereby approved in all respects.

IT IS SO ORDERED.

June 15, 2000

BY THE COURT:

______________________
ARTHUR J. BOYLAN
United States Magistrate Judge