UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MINNESOTA

Court File No. CV-186 DWF/AFB

John Beatty, Thomas Beatty, William Gleason, Timothy Krieger, and David Pichotta,

Plaintiffs,

vs.

North Central Companies, Inc., a Minnesota corporation, Larry Zilverberg, Scott Moarn, John Bowlsby, Gregory Zilverberg, Mark Jeffries, and John Does Nos. 1 through 10, and Mary Roes Nos. 1 through 10,

Defendants.

**STIPULATION AND ORDER**

The parties to the above-captioned action, acting by and through their respective attorneys, hereby stipulate and agree that the deadline for the disclosure of opinions held by plaintiffs' experts shall be postponed from September 15, 2000 to September 30, 2000.

August 31, 2000

**Plaintiffs John Beatty, Thomas Beatty, William Gleason, Timothy Krieger and David Pichotta**

LAW OFFICES OF PHILIP W. GETTS

PHILIP W. GETTS
Atty. Reg. No. 34393
2116 Second Avenue South
Minneapolis, Minnesota 55404

FILED SEP 0 5 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

612/874-7071
and
MARK J. VIENO, ESQ.
Atty. Reg. No. 112811
2116 Second Avenue South
Minneapolis, MN 55404
(612)874-7071

September 1, 2000

**Defendants North Central Companies, Larry Zilverberg, Scott Moarn, John Bowlsby, Gregory Zilverberg, Mark Jeffries, John Does Nos. 1 - 10, and Mary Roes Nos. 1 - 10**

DUCKSON & CARLSON

By____________________
SCOTT R. CARLSON, ESQ.
Atty. Reg. No. 192284
2100 Metropolitan Centre
333 South Seventh Street
Minneapolis, Minnesota 55402

**ORDER**

The foregoing stipulation of the parties extending the deadline for the disclosure of opinions held by plaintiffs' experts shall be postponed from September 15, 2000 to September 30, 2000 is hereby approved in all respects.

IT IS SO ORDERED.

September 5th, 2000

BY THE COURT:

____________________
ARTHUR F. BOYLAN
United States Magistrate Judge