UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

John Beatty, Thomas Beatty, William Gleason, Timothy S. Krieger and David Pichotta, on behalf of the North Central Companies Profit Sharing Plan and Trust,

Plaintiffs,

v.

North Central Companies, Inc., a Minnesota Corporation, Larry R. Zilverberg, T. Scott Moam, John G. Bowlsby, Gregory J. Zilverberg, Mark R. Jefferies, John Does Nos. 1 through 10, and Mary Roes Nos. 1 through 10,

Defendants,

Court File No: 00-cv-186 DWF/AJB

**STIPULATION TO AMEND INITIAL SCHEDULING ORDER AND ORDER**

---

The above parties, through their respective undersigned counsel, hereby stipulate that paragraph 1 of the Court's Pretrial Scheduling Order dated April 4, 2000, may be amended to extend the date for completion of discovery from November 1, 2000 to November 22, 2000.

All remaining provisions of the Court's Order of April 4, 2000 remain unchanged.

Dated: 10/27/00

**LAW OFFICES OF PHILIP W. GETTS**

By ______________________

Philip W. Getts (#34393)
Mark J. Vieno (#112811)
Attorneys for Plaintiffs
2116 Second Avenue South
Minneapolis, MN 55404
(612) 874-7071

OCT 31 2000
FILED ______
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

**DUCKSON & CARLSON LLC**

Dated: Oct 30, 2000

By________________________________

Scott R. Carlson (#192284)
Attorneys for Defendants
2100 Metropolitan Centre
333 South Seventh Street
Minneapolis, MN 55402
612-317-9745

**BASSFORD, LOCKHART, TRUESDELL & BRIGGS, P.A.**

Dated: Oct. 24, 2000

By________________________________

Alan I. Silver (#101023)
Attorneys for Defendants
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, Minnesota 55402
(612) 333-3000

**ORDER**

Pursuant to the foregoing Stipulation, Paragraph 1 of the Pretrial Scheduling Order in the above-entitled action is hereby amended to extend the date for completion of discovery from November 1, 2000 to November 22, 2000.

**BY THE COURT:**

Magistrate Judge of District Court

264601.WPD