**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

John Beatty, Thomas Beatty, William (DSD/JMM)Gleason, Timothy S. Krieger and David Pichotta, on behalf of the North Central Companies Profit Sharing Plan and Trust

Plaintiffs,

vs.

North Central Companies, Inc., a Minnesota Corporation, Larry R. Zilverberg, T. Scott Moam, John G. Bowlsby, Gregory J. Zilverberg, Mark R. Jeffries, John Does 1 through 10, and Mary Roes 1 through 10,

Defendants.

Civil File No.: 00-~~279(DSD/JMM)~~ 186 DWF/AJB

**ORDER**

---

The above-entitled matter came on before the undersigned Judge on November 20, 2000 on defendants' motion to amend the Court's Pretrial Order dated April 4, 2000, to allow an extension of time for defendants to designate an expert and to file an expert report. Alan I. Silver appeared on behalf of defendants in support of their motion.

Philip W. Getts and Mark J. Vieno appeared on behalf of plaintiffs in opposition to defendants' motion to amend scheduling order.

The Court having been fully advised in the premises, and based upon the affidavit of Alan I. Silver, and all of the records, files and proceedings herein;

NOV 22 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

IT IS HEREBY ORDERED THAT:

1. Defendants' motion to extend the period for designation of experts and disclosure of expert reports is granted in order to allow an expert report to be submitted by Joel Lebewitz. The motion is granted under the express conditions contained in the remainder of this order.

2. The Lebewitz expert report will be served on or before November 27, 2000.

3. The deposition schedule will be extended to allow depositions of plaintiffs' expert Harold Dahl and defendants' expert Joel Lebewitz between November 27 and December 15, 2000. Plaintiffs may depose Lebewitz prior to the deposition of Dahl.

4. Defendants shall pay to plaintiffs the sum of $2,500 to reimburse plaintiffs' counsel the cost of reviewing Lebewitz's report with plaintiffs' expert and taking Lebewitz's deposition. This fee shall be paid before or at the time of service of the Lebewitz expert report.

5. The remaining deadlines set forth in the Court's scheduling order of April 4, 2000, as amended, remain unchanged.

Dated: 11/22/00

BY THE COURT:

Arthur J. Boylan
United States Magistrate Judge

**MEMORANDUM**

The Court has received and considered the request of plaintiff that the Court add a provision prohibiting Mr. Lebowitz from charging plaintiffs for any fees in connection with preparing for or testifying at his deposition. The Court believes that such a provision is unnecessary and has declined to include it in the Order herein.

AJB

267371.WPD