# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

John Beatty, Thomas Beatty, William Gleason, Timothy Krieger, and David Pichotta, on behalf of themselves and all other persons similarly situated

v.

Case No. Civil 00-186 DWF/AJB
**JUDGMENT IN A CIVIL CASE**

North Central Companies, Inc., a Minnesota corporation, Larry R. Zilverberg, Scott Moarn, John Bowlsby, Gregory J. Zilverberg, Mark R. Jeffries, and John Does Nos. 1 through 10 and Mary Roes Nos. 1 through 10

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED THAT:**

1. Defendants' motion for summary judgment is granted with the following exception:

    a. Defendants' request for attorney's fees pursuant to 29 U.S.C. 1132(g)(1) is denied;

2. Plaintiffs' motion for partial summary judgment is denied;

3. Plaintiffs' first amended complaint and all counts therein are dismissed with prejudice;

4. Defendants' motion to strike plaintiff's memorandum is granted; and

5. Plaintiffs' motion for leave to file reply memorandum and exceed the page limits is denied.

DATE: March 14, 2001

FRANCIS E. DOSAL, CLERK

Shirley Hansen

Shirley Hansen, Deputy Clerk

(68)